

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

August 14, 2023

**MEMO ENDORSED**

APPLICATION GRANTED

Hon. Victoria Reznik, U.S.M.J.

Dated: 8/14/2023

**BY EMAIL**

The Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. United States v. Carlens Paul and Thierry Antoine*, 23 Cr. 305 (NSR)

Dear Judge Reznik:

The Government writes to respectfully request that the Court unseal the Indictment and related arrest warrants for defendant Carlens Paul and Thierry Antoine in the captioned case, as the defendants have been arrested.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Benjamin Klein
Assistant United States Attorney
(914) 993-1908