**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                                                       Telephone 212-349-0230

**By ECF and Email**

November 22, 2023

MEMO ENDORSED

Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

> **Def.'s request, consented to by both Pretrial Services and the Gov't, is GRANTED. Def. may leave his home after 3pm Nov. 22, 2023 to travel to his aunt's home in Queens. Def. must return to his home by no later than midnight on Nov. 23, 2023. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 24.**
> **Dated: November 22, 2023**
> **White Plains, NY**
>
> SO ORDERED:
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Re:   **U.S. v. Carlens Paul**
      23 Cr. 305-1 (NSR)

Dear Judge Román:

This letter is respectfully submitted to request permission for Mr. Paul to celebrate Thanksgiving with his family at his Aunt's home in Queens, NY.   Mr. Paul is asking to be permitted to leave his home at 3:00pm and return home by midnight tomorrow, Thanksgiving day.

Officer Barrios consents to the above requested modification of Mr. Paul's bail conditions. Assistant United States Attorney Benjamin Klein has informed me that the Government also consents to this request.   I apologize for the timing of this request.

Respectfully submitted,

 /s/Andrew Patel
Andrew G. Patel

cc:   Benjamin Klein
      Assistant United States Attorney (by email & ECF)

      Leo Barrios
      United States Pretrial Services Office (by email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2023