**MEMO ENDORSED**

**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                                          **Telephone 212-349-0230**

**By ECF and Email**

January 28, 2024

Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:      **U.S. v. Carlens Paul**
23 Cr. 305 (NSR) -01

Dear Judge Román:

This letter is respectfully submitted to request a one day modification of Mr. Paul's bail conditions.   Specifically, I am requesting that Mr. Paul be permitted to travel to Danbury, CT, tomorrow January 30, 2024, for work.   Mr. Paul works as a flagger for a construction company.

Assistant United States Attorney Benjamin Klein and Pretrial Services Officer Leo Barrios have both informed me that they have no objection to this request.

I apologize for the late hour of this request but Mr. Paul just received the notification that he is to report to a job site in Danbury at 7:30 tomorrow morning.

Respectfully submitted,

 /s/Andrew Patel
Andrew G. Patel

cc:    Benjamin Klein
       Assistant United States Attorney (by email & ECF)

       Leo Barrios (by email)

**Deft's request for a one day bail modification as outlined above is GRANTED without objection by the Gov't and by Pretrial Officer Barrios.  Deft. is to report the specific location of the job to Pretrial Officer Barrios as well as inform him when Deft has returned home. Clerk of Court is request to  terminate the motion at ECF No. 26.**
**Dated: White Plains, NY**
**       January 29, 2024**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ____**01/29/2024**____