UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

CARLENS PAUL,

              Defendant.

------------------------------------------------------------X

**MEMORANDUM**

23 Cr. 305 (NSR)

TO:    NELSON S. ROMÁN, UNITED STATES DISTRICT JUDGE

       Please find attached a transcript of the March 27, 2024, plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: June 3, 2024
       White Plains, New York

                                   Respectfully submitted,

                                   _____
                                   ANDREW E. KRAUSE
                                   United States Magistrate Judge

June 3, 2024

      This transcript represents my Report and Recommendation to the Honorable Nelson

S. Román, United States District Judge.

                                       **SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge