**MEMO ENDORSED**

**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                                                           Telephone 212-349-0230

By ECF

October 16, 2024

Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

                       Re:    <u>U.S. v. Carlens Paul</u>
                                  23 Cr. 305 (NSR)

Dear Judge Román:

       This letter is respectfully submitted to request that the sentencing of Mr. Paul, which is currently scheduled for October 24, 2024, be adjourned to December 11, 2024 at 11:15 AM. I have been advised by Your Honor's Chambers that this would be a convenient date and time for Your Honor.

       Assistant United States Attorney Benjamin Klein has informed me that the Government consents to this request.

                                          Respectfully submitted,

                                          /s/Andrew Patel
                                        Andrew G. Patel

cc:      All counsel by ECF

**Deft's request to adjourn the Sentencing from Oct. 24, 2024 to Dec. 11, 2024 at 11:45 am is GRANTED with the Govt's consent. Clerk of Court is requested to terminate the motion at ECF No. 55.**
**Dated: White Plains, NY**
           **October 17, 2024**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2024

SO ORDERED:

[signature]
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE