UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

- against -

CARLENS PAUL,

                              Defendant(s).

------------------------------------------------------------X

**ORDER**

23 Cr. 305-01 (NSR)

Nelson S. Román, U.S.D.J.:

      After a Bail Review Conference following Defendant's violation of his bail conditions, pending voluntarily surrender, the Court hereby

      ORDERED Defendant Carlens Paul remanded to U.S. Marshal Office custody to begin serving his sentence.

SO ORDERED.

Dated:    White Plains, New York
           April 30, 2025

                                        Nelson S. Román, U.S.D.J.